MICHAEL R. AYERS
Nevada Bar No. 10851
HINSHAW & CULBERTSON LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant HOVG, LLC dba Bay Area Credit Service, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GORDON, *individually and on behalf of those similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>HOVG, LLC dba BAY AREA CREDIT SERVICE, LLC,<br><br>    Defendant. | Case No. 2:17-cv-00135-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT HOVG, LLC DBA BAY AREA CREDIT SERVICE, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   COMES NOW, Defendant HOVG, LLC dba Bay Area Credit Service, LLC ("Defendant"), and Plaintiff, Charles Gordon ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **March 3, 2017**, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

   This is the first request for an extension by Defendant, which seeks to further investigate the factual allegations of the Complaint. No additional requests for extensions are contemplated. Plaintiff has no opposition to Defendant's request for an extension.

   **IT IS SO STIPULATED**.

DATED this 9th day of February, 2017.

| HAINES & KRIEGER, LLC | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ David H. Krieger (with permission)<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Telephone: 702-880-5554<br>Facsimile: 702-385-5518<br>Email: dkrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* | /s/ Michael R. Ayers<br>Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone: 602-631-4400<br>Facsimile: 602-631-4404<br>Primary: mayers@hinshawlaw.com<br>*Attorneys for Defendant HOVG, LLC dba Bay Area Credit Service, LLC* |

**ORDER**

IT IS SO ORDERED.

Dated: February 10, 2017

_____
UNITED STATES MAGISTRATE JUDGE

23496104v1 0994902