MICHAEL R. AYERS
Nevada Bar No. 10851
HINSHAW & CULBERTSON LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant HOVG, LLC dba Bay Area Credit Service, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GORDON, *individually and on behalf of those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>HOVG, LLC dba BAY AREA CREDIT SERVICE, LLC,<br><br>Defendant. | Case No. 2:17-cv-00135-GMN-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE ITS AMENDED ANSWER**<br><br>**(First Request)** |

## **STIPULATION**

Pursuant to Local Rules 26-4 and IA 6-1 of the United States District Court for the District of Nevada, Plaintiff Charles Gordon ("Plaintiff") and Defendant HOVG, LLC, dba Bay Area Credit Service, LLC ("Defendant") (jointly the "Parties"), by and through their respective counsel undersigned, hereby submit this Stipulation to Extend the Deadline for Defendant to File its Amended Answer ("Stipulation"). This is the first stipulation for extension of time to file amended pleadings.

WHEREAS, Plaintiff filed his Complaint on January 16, 2017, ECF No. 1;

1      WHEREAS, Defendant filed its Answer and Affirmative Defenses on March 3, 2017, ECF No. 10;

     WHEREAS, the deadline to amend pleadings and add parties is June 1, 2017, ECF No. 13, at p.2, l.8;

     WHEREAS, Defendant seeks to extend the deadline to amend its Answer from June 1, 2017 to **June 9, 2017**;

     WHEREAS, in good faith and in order to avoid unnecessary motion practice, Plaintiff has agreed to allow Defendant to extend the deadline to file its Amended Answer but reserves all rights to his allegations asserted in the Complaint;

     WHEREAS, in stipulating to extend the deadline for Defendant to file its Amended Answer, the Parties jointly represent to the Court that they are working on a resolution and settlement of the case, and this extension will help foster negotiation of settlement;

     NOW, THEREFORE, in consideration of the foregoing, and for good cause,

     IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1.     Defendant shall have until **June 9, 2017** to file and serve its Amended Answer.

DATED this 1st day of June, 2017.

Respectfully Submitted,

| HAINES & KRIEGER, LLC | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ David Krieger (with permission) | /s/ Michael R. Ayers |
| David Krieger | Michael R. Ayers |
| Nevada Bar No. 9086 | Nevada Bar No. 10851 |
| 8985 S. Eastern Ave., Suite 350 | 2375 E. Camelback Road, Suite 750 |
| Henderson, NV 89123 | Phoenix, AZ 85016 |
| Telephone: (702) 880-5554 | Telephone: 602-631-4400 |
| Facsimile: (702) 385-5518 | Facsimile: 602-631-4404 |
| Email: dkrieger@hainesandkrieger.com | Primary: mayers@hinshawlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant HOVG, LLC dba Bay Area Credit Service, LLC |

300009269v1 0994902

MARCUS & ZELMAN, LLC

/s/ Ari H.Marcus  (with permission)
Ari H. Marcus
*Pro hac vice pending*
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Telephone: (732) 695-3282
Facsimile: (732) 298-6256
Email: ari@marcuszelman.com
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

June 2, 2017

_____
UNITED STATES MAGISTRATE JUDGE