# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GORDON, | Case No. 2:17-cv-00135-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 29) |
| HOVG, LLC dba BAY AREA CREDIT SERVICE, LLC, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement between the parties. Docket No. 29. The Court **ORDERS** the parties to file a stipulation of dismissal no later than February 12, 2018.

IT IS SO ORDERED.

DATED: December 11, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge