# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES GORDON,

    Plaintiff(s),

v.

HOVG, LLC,

    Defendant(s).

Case No. 2:17-cv-00135-GMN-NJK

ORDER

The parties filed a notice of settlement, Docket No. 29, and dismissal papers are due on February 12, 2018, Docket No. 30. As a result, the Court hereby **VACATES** the settlement conference scheduled for February 14, 2018. *See* Docket No. 28.

IT IS SO ORDERED.

DATED: February 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge