David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorney for Plaintiff
Charles Gordon

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GORDON,<br><br>               Plaintiff,<br><br>     - against -<br><br>HOVG, LLC, et al.,<br><br>               Defendant. | Docket No. 2:17-cv-00135-GMN-NJK |

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims against the defendant are

…

…

…

…

…

…

301185211v1 0994902

dismissed on the merits, with prejudice and with each party to bear its own costs.  The claims of

the putative class members are dismissed without prejudice.

Dated:          February 8, 2018

**HAINES & KRIEGER, LLC**

/s/ David Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
*Attorneys for Plaintiff*
*Charles Gordon*

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant*
*HOVG, LLC doing business as Bay Area Credit*
*Service LLC*

By: */s/Carlos A. Ortiz*
Carlos A. Ortiz
222 North La Salle Street, Suite 300
Chicago, Illinois 60601
Tel: 312/704.3000
Fax: 312/704.3001
Email: cortiz@hinshawlaw.com

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 8, 2018 Stipulation of Dismissal, all individual

claims asserted in Civil Action No: 2:17-cv-00135, are dismissed with prejudice; and all claims

of the putative class are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2018.**

_____
HONORABLE JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

301185211v1 0994902