David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorney for Plaintiff
Charles Gordon

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GORDON,<br><br>                Plaintiff,<br><br>- against -<br><br>HOVG, LLC, et al.,<br><br>                Defendant. | Docket No. 2:17-cv-00135-GMN-NJK |

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims against the defendant are

…

…

…

…

…

…

dismissed on the merits, with prejudice and with each party to bear its own costs. The claims of the putative class members are dismissed without prejudice.

Dated: February 8, 2018

| | |
|---|---|
| **HAINES & KRIEGER, LLC** | **HINSHAW & CULBERTSON LLP** |
| | *Attorneys for Defendant* |
| /s/ David Krieger, Esq. | *HOVG, LLC doing business as Bay Area Credit* |
| David H. Krieger, Esq. | *Service LLC* |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | By: */s/Carlos A. Ortiz* |
| *Attorneys for Plaintiff* | Carlos A. Ortiz |
| *Charles Gordon* | 222 North La Salle Street, Suite 300 |
| | Chicago, Illinois 60601 |
| | Tel: 312/704.3000 |
| | Fax: 312/704.3001 |
| | Email: cortiz@hinshawlaw.com |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 8, 2018 Stipulation of Dismissal, all individual claims asserted in Civil Action No: 2:17-cv-00135, are dismissed with prejudice; and all claims of the putative class are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

DATED this 9 day of February, 2018. _____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE